## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Takako Warehime          BK NO. 21-01556 HWV

                 Debtor(s)

                                         Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of OneMain Financial Services, Inc. and index same on the master mailing list.

                                             Respectfully submitted,

                                         /s/ Rebecca Solarz
                                         Rebecca Solarz
                                         19 Jan 2022, 14:09:25, EST

                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         215-627-1322